UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
2/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CDO____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>ROGER KEITH VER,<br><br>　　　　　　　　　　DEFENDANT(S) | Initial Indictment:<br>2:24-cr-00103-MWF<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

　and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is twenty (20) trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.

　and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

2/15/2024
Date

_/s/ James C. Hughes_
JAMES C. HUGHES
Assistant United States Attorney

CR-63 (09/14)　　　　　　　　　NOTICE TO COURT OF COMPLEX CRIMINAL CASE