E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division
     150 M Street N.E., Room 2.206
     Washington, D.C. 20002
     Telephone: (202) 305-3301
     Facsimile: (202) 514-9623
     E-mail: Matthew.J.Kluge@usdoj.gov
JAMES C. HUGHES (CABN 263878)
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail: James.Hughes2@usdoj.gov
     Attorneys for the United States of America

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
02/15/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cld___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ROGER KEITH VER,<br><br>            Defendant. | CR  2:24-cr-00103-MWF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JAMES C. HUGHES<br><br>**(UNDER SEAL)** |

    The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of James C. Hughes.

Dated: 2/14/2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/S/  *James C. Hughes*
JAMES C. HUGHES
Assistant United States Attorney

MATTHEW J. KLUGE (PABN 204285)
Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
Trial Attorney, Tax Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF JAMES C. HUGHES**

I, James C. Hughes, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Roger Keith Ver</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on February 15, 2024.

2. Defendant has not been taken into custody on the charges contained in the indictment and has not been informed that he are being named as a defendant in the indictment to be presented to the grand jury on February 15, 2024. The likelihood of apprehending defendant might be jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 14, 2024.

_____
JAMES C. HUGHES

1