Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice* motion forthcoming)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice* motion forthcoming)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice* motion forthcoming)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROGER K. VER,<br><br>        Defendant. | Case No.: 2:24-cr-00103-MWF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTS ONE THROUGH EIGHT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date Filed: December 3, 2024 |

1  This Court, having considered the Motion to Dismiss Counts One Through
2  Eight of the Indictment and Memorandum in Support, filed by Defendant Roger K.
3  Ver, hereby GRANTS the application and ORDERS the following relief:
4     1. The indictment is dismissed with prejudice.
5  **IT IS SO ORDERED.**

Dated: _____           _____
                                 The Honorable Michael W. Fitzgerald
                                 United States District Judge