Ashwin J. Ram
STEPTOE LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br><br>ROGER KEITH VER<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cr-00103-MWF<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kast, Galen C.
*Applicant's Name (Last Name, First Name & Middle Initial*

202 429 3000           202 429 3902
*Telephone Number*       *Fax Number*

gkast@steptoe.com
*E-Mail Address*

of  Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Roger Keith Ver
*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Ram, Ashwin J.
*Designee's Name (Last Name, First Name & Middle Initial*

277513              213-439-9400      213-439-9599
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

aram@steptoe.com
*E-Mail Address*

of  Steptoe LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                    **U.S. District Judge/U.S. Magistrate Judge**