Ashwin J. Ram
STEPTOE LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00103-MWF |
| v. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| ROGER KEITH VER | |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Adams, Andrew C.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial*

212 506 3900

*Telephone Number*                    *Fax Number*

acadams@steptoe.com

*E-Mail Address*

Steptoe LLP
1114 6th Avenue
New York, NY 10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Roger Keith Ver

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Ram, Ashwin J.                                    of

*Designee's Name (Last Name, First Name & Middle Initial*

277513                    213-439-9400          213-439-9599

*Designee's Cal. Bar No.*      *Telephone Number*      *Fax Number*

aram@steptoe.com

*E-Mail Address*

Steptoe LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application:

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**