```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JAMES C. HUGHES (Cal. Bar No. 263878)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-2579
 7       Facsimile:  (213) 894-6269
         E-mail:     james.hughes2@usdoj.gov
 8  MATTHEW J. KLUGE (PABN 204285)
    Assistant Chief, Tax Division
 9  PETER J. ANTHONY (NYBN 4940912)
    Trial Attorney, Tax Division
10       150 M Street N.E., Room 2.206
         Washington, D.C. 20002
11       Telephone: (202) 305-3301
         Facsimile: (202) 514-9623
12       E-mail: Matthew.J.Kluge@usdoj.gov

13  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
14
                    UNITED STATES DISTRICT COURT
15
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
16
    UNITED STATES OF AMERICA,        Case No. CR 24-00103-MWF
17
              Plaintiff,
18                                   STIPULATION TO CONTINUE HEARING
              v.                     DATE ON DEFENDANT'S MOTION TO
19                                   DISMISS AND SET BRIEFING SCHEDULE
    ROGER KEITH VER,
20
              Defendant.
21
```

22        Plaintiff United States of America, by and through its counsel

23  of record, the United States Attorney for the Central District of

24  California and Assistant United States Attorney James C. Hughes and

25  Trial Attorneys Matthew Kluge and Peter Anthony with the Department

26  of Justice Tax Division, and defendant ROGER KEITH VER ("defendant"),

27  by and through his counsel of record, Andrew Adams, hereby stipulate

28  as follows:

1.      On December 3, 2024, defendant filed a motion to dismiss the indictment in this case.  (Dkt. 21.)  Defendant's motion alleges that the indictment should be dismissed on the following grounds: 1) the "Exit Tax" that defendant is alleged to have evaded is unconstitutional; 2) the indictment rests on impermissibly vague statutory foundations; and 3) the government's selective quotation and disregard of exculpatory evidence warrants dismissal.  (Id.)  In his motion, defendant requested a hearing date of February 3, 2025, and correctly informed the Court that the United States had requested a response date of January 6, 2025.  (Id.)

2.      Following defendant's filing of the abovementioned motion, a member of the government's trial team experienced a family tragedy.  This has impacted the government's ability to respond to defendant's motion within the timeframe previously estimated by the government.

3.      The government has conferred with defense counsel and requested that the response date for the government's opposition to defendant's motion be extended to January 13, 2025.  Defense counsel agrees to this revised response date.  Due to the anticipated size of the government's opposition brief, defense counsel has requested that the due date for its reply brief be set for January 27, 2025.  The government agrees to the proposed due date for defendant's reply brief.

4.      In order to provide the Court with sufficient time to review defendant's motion to dismiss, the government's opposition, and defendant's reply, the parties agree that the hearing on defendant's motion should be continued to February 10, 2025, at 1:30 pm.

5. Based on the abovementioned information, the parties request that the Court continue the hearing date on defendant's motion to dismiss the indictment to February 10, 2025, at 1:30 pm, and that the Court set the following briefing schedule: 1) that the government's opposition be due on January 13, 2025; and 2) that defendant's reply brief be due on January 27, 2025.

IT IS SO STIPULATED.

Dated: December 29, 2024            Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    LINDSEY GREER DOTSON
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                         /s/
                                    JAMES C. HUGHES
                                    Assistant United States Attorney

                                    MATTHEW J. KLUGE
                                    Assistant Chief, Tax Division
                                    PETER J. ANTHONY
                                    Trial Attorney, Tax Division

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: December 29, 2024                 /s/
                                    ANDREW ADAMS
                                    Steptoe LLP

                                    Attorney for Defendant
                                    Roger Keith Ver