```
 1 | E. MARTIN ESTRADA
    | United States Attorney
 2 | LINDSEY GREER DOTSON
    | Assistant United States Attorney
 3 | Chief, Criminal Division
    | MATTHEW J. KLUGE (PABN 204285)
 4 | Assistant Chief, Tax Division
    | PETER J. ANTHONY (NYBN 4940912)
 5 | Trial Attorney, Tax Division
    |      150 M Street N.E., Room 2.206
 6 |      Washington, D.C. 20002
    |      Telephone: (202) 305-3301
 7 |      Facsimile: (202) 514-9623
    |      E-mail: Matthew.J.Kluge@usdoj.gov
 8 | JAMES C. HUGHES (CABN 263878)
    | Assistant United States Attorney
 9 | 1100 United States Courthouse
    | 312 North Spring Street
10 | Los Angeles, California 90012
    | Telephone: (213) 894-2579
11 | Facsimile: (213) 894-6269
    | E-mail: James.Hughes2@usdoj.gov
12 | Attorneys for Plaintiff
    | UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-CR-00103-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF 7000 PAGES |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the United States may file a memorandum of points and authorities in support of its opposition to defendant's motion to dismiss containing not more than 10,500 words.

IT IS SO ORDERED.

_____   _____
DATE                          HONORABLE MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
JAMES C. HUGHES
Assistant United States Attorney