# EXHIBIT 1

1  E. MARTIN ESTRADA
United States Attorney
2  LINDSEY GREER DOTSON
Assistant United States Attorney
3  Chief, Criminal Division
MATTHEW J. KLUGE (PABN 204285)
4  Assistant Chief, Tax Division
PETER J. ANTHONY (NYBN 4940912)
5  Trial Attorney, Tax Division
      150 M Street N.E., Room 2.206
6      Washington, D.C. 20002
      Telephone: (202) 305-3301
7      Facsimile: (202) 514-9623
      E-mail: Matthew.J.Kluge@usdoj.gov
8  JAMES C. HUGHES (CABN 263878)
      Assistant United States Attorney
9      1100 United States Courthouse
      312 North Spring Street
10     Los Angeles, California 90012
      Telephone: (213) 894-2579
11     Facsimile: (213) 894-6269
      E-mail: James.Hughes2@usdoj.gov
12
Attorneys for Plaintiff
13  UNITED STATES OF AMERICA

14                      UNITED STATES DISTRICT COURT

15              FOR THE CENTRAL DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,          No. CR 24-CR-00103-MWF

17          Plaintiff,                 DECLARATION OF IRS SPECIAL AGENT
                                       JEREMIAH HAYNIE IN SUPPORT OF
18              v.                     GOVERNMENT'S OPPOSITION TO
                                       DEFENDANT'S MOTION TO DISMISS
19  ROGER KEITH VER,

20          Defendant.

21

22      I, Jeremiah Haynie, pursuant to 18 U.S.C. § 1746, declare as

23  follows:

24      1.   I am over the age of 18 and competent as to the matters set

25   forth in this declaration.

26      2.   I am employed as a Special Agent with the Internal Revenue

27   Service, Criminal Investigation ("IRS-CI"). I have been a Special

28   Agent with IRS-CI, working on financial and tax-related

1   investigations, for approximately twenty-three years. I am currently

2   assigned to the Washington, D.C. Field Office's Cybercrimes Unit,

3   which specializes in investigations of financial and tax crimes

4   involving the use of the internet, including the use of

5   cryptocurrencies.

6        3.   I am the lead IRS-CI Special Agent assigned to the criminal

7   investigation of Roger Keith Ver.

8        4.   Ver is a well-known investor in and promoter of

9   cryptocurrency. Through this investigation, I am familiar with Ver's

10   appearance and voice.

11        5.   Ver was arrested in Barcelona, Spain, on April 26, 2024, at

12   the request of the United States government. Since then, Ver has

13   resisted extradition to the United States from Spain. On or about

14   October 29, 2024, a Spanish court granted the United States'

15   extradition request; Ver then appealed that decision, which remains

16   pending. Ver is currently not detained in Spain.

17        6.   During the investigation, I obtained and reviewed a video

18   posted on YouTube on or about February 13, 2017, on a channel named

19   "Anarchapulco," titled "Roger Ver at Anarchapulco 2016." ("The

20   video"). According to its website, Anarchapulco 2016 occurred in

21   February 2016. The video is available at

22   https://www.youtube.com/watch?v=rGC7EeR-rAw and was last accessed on

23   January 10, 2025. Based on a review of its website, I know that

24   Anarchapulco is an annual "anarcho-capitalist" convention held in

25   Acapulco, Mexico. The video shows Ver giving a speech at the

26   convention and stating:

27

28

2

> Bitcoin completely undermines the power of every single government...to tax people's income, to control them in any way....
> Bitcoin [] makes it so incredibly easy for people to hide their income or evade taxes...

(The video at 1:18-1:56). The video also shows Ver recounting how multiple people contacted him asking for advice about how to use bitcoin to evade their taxes, including one "panicked" friend who told Ver "I need you to show me how to hide my bitcoin so that I don't have to pay taxes on it." (The video at 2:06-3:34).

7.    During the investigation, I obtained and reviewed evidence indicating that Ver has substantial financial resources. Among other things, this evidence includes a letter dated November 10, 2023, from a representative of Ver indicating that Ver's net worth is greater than $1 billion.

8.    After he was arrested in Barcelona, Spain, in April 2024, Ver purchased a nearly $70 million, oceanworthy yacht in Spain.

9.    As part of this investigation, I reviewed Ver's individual income tax returns, which he signed under penalties of perjury, for multiple years. Per information on those returns, prior to December 2017, Ver frequently traveled to the United States. On average, for the years 2012 through 2017, Ver spent 55 days in the United States annually. In or about December 2017, Ver learned of the investigation when the government served several subpoenas, including a subpoena to the law firm that prepared Ver's expatriation-related tax returns. Since learning of the investigation, Ver has not traveled to the United States.

3

1        I declare under penalty of perjury under the laws of the United

2    States that the foregoing is true and correct to the best of my

3    knowledge and memory.

4

5    Executed on January 13, 2025, at East Lansing, Michigan.

6

7    _JEREMIAH HAYNIE_

8    Special Agent
     Internal Revenue Service, Criminal

9    Investigation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4