Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

Andrew C. Adams (*pro hac vice*)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036

Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice*)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
+1 213 439 9400
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER K. VER,<br><br>Defendant. | Case No.: 2:24-cr-00103-MWF<br><br>**DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Date Filed: January 26, 2025 |

Defendant Roger K. Ver, by and through undersigned counsel, respectfully requests this Court grant this *ex parte* application and permit a maximum of 8,750 words for Ver's Reply In Support of Motion to Dismiss Counts One Through Eight of the Indictment.  The government does not object to Ver's request.

Typically, Local Rule 11-6.2 permits the movant to file a memorandum containing 7,000 words, the non-movant to file an opposition containing 7,000 words, and the movant to file a reply containing 7,000 words.

On Dec. 3, 2024, Ver filed a motion to dismiss the indictment on multiple grounds.  On Ver's application, the motion contained 9,539 words.  After two consented-to extensions, on Jan. 13, 2025, the government filed an opposition containing 10,449 words.  In order to reply to the government's opposition, Ver requests that he be permitted to file a brief containing up to 8,750 words.  On Jan. 24-26, 2025, Ver conferred with the government, and the government does not object to Ver's request.

Ver therefore respectfully requests the Court grant this *ex parte* application and permit a maximum of 8,750 words for Ver's Reply In Support of Motion to Dismiss Counts One Through Eight of the Indictment.

1

DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS
CASE NO. 2: 24-CR-00103-MWF

Dated: January 26, 2025              Respectfully submitted,

*/s/ Ashwin J. Ram*
Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice*)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice*)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

2

DEFENDANT ROGER K. VER'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS
CASE NO. 2: 24-CR-00103-MWF