Ashwin J. Ram (SBN: 277513)
aram@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
+1 213 439 9400

Andrew C. Adams (*pro hac vice*)
acadams@steptoe.com
1114 6th Ave.
New York, NY 10036
+1 212 506 3900

Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
Galen C. Kast (*pro hac vice*)
gkast@steptoe.com
1330 Connecticut Ave. NW
Washington, DC 20036
**Steptoe LLP**

Darrell P. White (SBN: 270038)
dwhite@klw-law.com
17631 Fitch
Irvine, CA 92614
+1 949 474 0940
**Kimura London & White LLP**

*Attorneys for Defendant Roger Keith Ver*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00103-MWF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO EXCEED WORD LIMITS** |
| vs. | |
| ROGER K. VER, | Judge: Hon. Michael W. Fitzgerald |
| Defendant. | |

This Court, having considered Defendant's *Ex Parte* Application to Exceed Word Limits for Ver's Reply In Support of Defendant's Motion to Dismiss Counts One Through Eight of the Indictment, hereby GRANTS the application and ORDERS the following relief:

1. Ver's Reply In Support of Defendant's Motion to Dismiss Counts One Through Eight of the Indictment may contain up to 8.750 words.

**IT IS SO ORDERED**.

Dated: _____        _____

The Honorable Michael W. Fitzgerald
United States District Judge