# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROGER K. VER,<br><br>        Defendant. | Case No. CR 24-103-MWF<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXCEED WORD LIMITS |

The Court has considered Defendant's unopposed Ex Parte Application to Exceed Word Limits, filed January 26, 2025. (Docket No. 36). For good cause shown, the Ex Parte Application is GRANTED. Defendant Roger K. Ver's Reply in support of his Motion to Dismiss Counts One Through Eight of the Indictment, may contain up to 8,750 words.

**IT IS SO ORDERED.**

Dated: January 27, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-