Name and address:

> Nina Marino
> KAPLAN MARINO PC
> 1546 N. Fairfax Ave
> Los Angeles, CA 90046

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | 2:24-CR-00103-MWF |
| v. | | |
| ROGER KEITH VER | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**
(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Schoen, David I.
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

David I. Schoen, Attorney at Law
*Firm/Agency Name*

2800 Zelda Road                          917-941-7952                     917-591-7586
                                         *Telephone Number*              *Fax Number*
Suite 100-6
*Street Address*
                                                          Schoenlawfirm@gmail.com
Montgomery, AL 36106                                      *E-mail Address*
*City, State, Zip Code*

**I have been retained to represent the following parties:**

| Roger Keith Ver | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| U.S. District Court District of Columbia | 2001 | Yes |
| U.S. District Court District of Maryland | 2007 | Yes |
| U.S. District Court N.D. of Georgia | 2022 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 1/23/2025

David I. Schoen
Applicant's Name (please type or print)

*/s/ David I. Schoen*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marino, Nina
*Designee's Name (Last Name, First Name & Middle Initial)*

Kaplan Marino PC
*Firm/Agency Name*

1546 N. Fairfax Ave
*Street Address*

Los Angeles, CA 90046
*City, State, Zip Code*

310-557-0007
*Telephone Number*

310-861-1776
*Fax Number*

marino@kaplanmarino.com
*Email Address*

142815
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  01/24/2025

Nina Marino
*Designee's Name (please type or print)*

*Nina Marino*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

U.S. District Courts, ALND, ALMD, ALSD (Alabama) - admitted 1986 - active member in good standing
U.S. District Court NYSD, NYED, (New York) York- admitted 1995 - active member in good standing
U.S. District Court ILND (Illinois) - admitted 2014 - active member in good standing
U.S. Supreme Court - admitted 1989 - active member in good standing
U.S. Court of Appeals 2nd Circuit - admitted 2009 - active member in good standing
U.S. Court of Appeals 3rd Circuit - admitted 2002 - active member in good standing
U.S. Court of Appeals 4th Circuit - admitted 1996 - active member in good standing
U.S. Court of Appeals 5th Circuit - admitted 2004 - active member in good standing
U.S. Court of Appeals 6th Circuit - admitted 1999 - active member in good standing
U.S. Court of Appeals 7th Circuit - admitted 2014 - active member in good standing
U.S. Court of Appeals 9th Circuit - admitted 2024 - active member in good standing
U.S. Court of Appeals 11th Circuit - admitted 2014 - active member in good standing
U.S. Court of Appeals D.C. Circuit - admitted 1995 - active member in good standing
Supreme Court of Alabama - admitted 1986 - active member in good standing
NY Court of Appeals - admitted 1995 - active member in good standing
Maryland Court of Appeals - admitted 1985 - active member in good standing
D.C. Court of Appeals - admitted 1985 - active member in good standing
Georgia Supreme Court - admitted 2022 - active member in good standing

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **David Schoen** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **David Schoen** was admitted to the Alabama State Bar on December 16, 1986.

I further certify that said **David Schoen** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2025.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on January 16, 2025.



Terri B. Lovell, Secretary





*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## David Schoen

*was duly qualified and admitted on August 19, 1985 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 19, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**



# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

January 23, 2025

I hereby certify that David I. Schoen, Esq., was admitted on the 28th day of April, 2022, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_Thrise S Bame_, Clerk

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of January, 1985,

## *David Schoen*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventeenth day of March, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixteenth day of January, 2025.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## David Schoen

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 1, 1995,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of New York on January 21, 2025.



*Clerk of the Court*

CertID-00210400



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>Presiding Justice | **MARGARET SOWAH**<br>Deputy Clerk of the Court |
| **SUSANNA MOLINA ROJAS**<br>Clerk of the Court | **DOUGLAS C. SULLIVAN**<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*[signature]*

Susanna Rojas
Clerk of the Court

Revised October 2020