NINA MARINO
KAPLAN MARINO PC
1546 N. FAIRFAX AVE
LOS ANGELES, CA 90046

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | 2:24-CR-00103-MWF |
| v. | | |
| ROGER KEITH VER | | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| | Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schoen, David I.
*Applicant's Name (Last Name, First Name & Middle Initial*

334-395-6611
*Telephone Number*          *Fax Number*

schoenlawfirm@gmail.com
*E-Mail Address*

Schoen Law Firm
2800 Zelda Road
Suite 100-6
Montgomery, AL 36106
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Roger Keith Ver

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Marino, Nina
*Designee's Name (Last Name, First Name & Middle Initial*

142815                310-557-0007          310-861-1776
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

marino@kaplanmarino.com
*E-Mail Address*

Kaplan Marino, PC
1546 N. Fairfax Avenue
Los Angeles, CA 90046
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1