Name and address:

    Nina Marino
    KAPLAN MARINO PC
    1546 N. Fairfax Ave
    Los Angeles, CA 90046

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                            Plaintiff(s),<br>v.<br>ROGER KEITH VER<br>                            Defendant(s), | CASE NUMBER<br>2:24-CR-00103-MWF<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**
(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.
(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

## SECTION I - INFORMATION

Neiman, Jeffrey A.
*Applicant's Name (Last Name, First Name & Middle Initial)*            *check here if federal government attorney* ☐

Marcus Neiman Rashbaum & Pineiro LLP
*Firm/Agency Name*

One Financial Plaza          954-462-1200
100 SE Third Ave, Suite 805     *Telephone Number*     *Fax Number*
*Street Address*

Ft. Lauderdale, FL 33394         jneiman@mnrlawfirm.com
*City, State, Zip Code*             *E-mail Address*

**I have been retained to represent the following parties:**

Roger Keith Ver     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                                  ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| U.S.D.C Southern District of Florida | April 2011 | Yes |
| U.S.D.C Middle District of Florida | February 2011 | Yes |
| U.S.D.C Northern District of Florida | February 2013 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 23-cv-09046 | Puri v. United States of America | 05/29/2020 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  January 24, 2025

Jeffrey Neiman
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marino, Nina
*Designee's Name (Last Name, First Name & Middle Initial)*

Kaplan Marino PC
*Firm/Agency Name*

1546 N. Fairfax Ave
*Street Address*

Los Angeles, CA 90046
*City, State, Zip Code*

310-557-0007
*Telephone Number*

310-861-1776
*Fax Number*

marino@kaplanmarino.com
*Email Address*

142815
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 1.24.25

Nina Marino
*Designee's Name (please type or print)*

*/s/ Nina Marino*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

State and Federal Courts to which the applicant has been admitted, and the current status

Supreme Court of the State of Florida February 17, 2002-good standing
U.S. District Court Eastern District of Michigan
U.S. Court of Appeals for the Eleventh Circuit admitted August 2013-good standing
U.S. Court of Appeals for the Ninth Circuit admitted August 23, 2018-good standing
U.S. Court of Appeals for the Second Circuit admitted
U.S. Court of Appeals for the Fourth Circuit admitted
U.S. Tax Court-admitted August 30th, 2001-good standing
U.S. District Court District of Washington D.C. -admitted September 10th, 2010-good standing



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Jeffrey Adam Neiman

was duly qualified and admitted on September 10, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2025.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:  0544469
Jeffrey Adam Neiman
Marcus Neiman Rashbaum & Pineiro, LLP
100 SE 3rd Ave Ste 805
Fort Lauderdale, FL 33394-0002

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 17, 2002**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  24th  day of **January, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-326670