**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 24-103-MWF |
| v. | |
| ROGER KEITH VER, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION ~~OR WITHDRAWAL~~ OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Roger Keith Ver            ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute   Nina Marino                                               who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Kaplan Marino PC, 1546 North Fairfax Avenue
*Street Address*

Los Angeles, CA 90046              marino@kaplanmarino.com
*City, State, Zip*                  *E-Mail Address*

(310) 557-0007        (310) 861-1776        142815
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of   Ashwin J. Ram, Andrew C. Adams, Galen C. Kast,
                                   *List all attorneys from same firm or agency who are withdrawing.*

Nicholas P. Silverman, Sonja Arndt

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of _____
                                                *List all attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated   January 30, 2025

*/s/ Michael W. Fitzgerald*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY