NINA MARINO (State Bar No. 142815)
JENNIFER LIESER (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, California 90046
Tel:   (310) 557-0007
Fax:  (310) 861-1776
Email: marino@kaplanmarino.com
       lieser@kaplanmarino.com

DAVID I. SCHOEN (admitted Pro Hac Vice)
SCHOEN LAW FIRM
2800 Zelda Road Suite 100-6
Montgomery, AL 36106
Tel:   (334) 395-6611
Email: Schoenlawfirm@gmail.com

JEFFREY A. NEIMAN (admitted Pro Hac Vice)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
One Financial Plaza
100 SE Third Street, Suite 805
Ft. Lauderdale, FL 33394
Email: jneiman@mnrlawfirm.com

Attorneys for Defendant
ROGER KEITH VER

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER KETIH VER, <br><br> Defendant. | Case No. 2:24-CR-00103-MWF <br><br> **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** <br><br> Honorable Michael W. Fitzgerald |

Defendant ROGER KEITH VER ("Defendant"), by and through his counsel of record, Nina Marino, Jennifer Lieser, David I. Schoen, and Jeffrey A. Neiman, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for

the Central District of California, Assistant United States Attorney James C. Hughes, and Trial Attorneys Matthew Kluge and Peter Anthony with the Department of Justice Tax Division, hereby agree and stipulate as follows:

1. On December 3, 2024, Defendant filed a motion to dismiss the indictment in this case. (Dkt. 21.) In his motion, Defendant requested a hearing date of February 3, 2025. (Id.)

2. On December 29, 2024, the parties filed a stipulation to continue the hearing date to February 10, 2025. The request was granted.

3. On January 29, 2024, Defendant retained new counsel.

4. To provide new counsel with sufficient time to prepare for the hearing, the parties agree that the hearing on Defendant's motion should be continued to March 10, 2025, at 1:30 p.m.

5. Accordingly, the parties request that the Court continue the hearing date on Defendant's motion to dismiss the indictment to March 10, 2025, at 1:30 p.m.

IT IS SO STIPULATED.

DATED: January 31, 2025                    Respectfully submitted,

                                                                     /s/ *Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC

DAVID I. SCHOEN
SCHOEN LAW FIRM

JEFFREY A. NEIMAN
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP

Attorneys for Defendant
ROGER KEITH VER

| | |
|---|---|
| Dated: January 31, 2025 | /s/ *Matthew J. Kluge*<br>JAMES C. HUGHES<br>Assistant United States Attorney<br><br>MATTHEW J. KLUGE Assistant<br>Chief, Tax Division PETER J.<br>ANTHONY<br>Trial Attorney, Tax Division<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

3
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS