**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00103-MWF |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| ROGER KETIH VER, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT the hearing date on Defendant's motion to dismiss the indictment (Dkt. 21) is continued to March 10, 2025 at 1:30 p.m.

IT IS SO ORDERED.

_____      _____
DATE                              HONORABLE MICHAEL W. FITZGERALD
                                  United States District Judge

//

//

//

//

//

//

//

Presented by:

\_\_\_/s/\_\_*Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC

DAVID I. SCHOEN
SCHOEN LAW FIRM

JEFFREY A. NEIMAN
MARCUS NEIMAN RASHBAUM & PINEIRO LLP

Attorneys for Defendant
ROGER KEITH VER

[PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS