# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER KEITH VER,<br><br>　　　　　Defendant. | Case No. CR 24-103-MWF<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS |

The Court has reviewed the parties' Stipulation to Continue Hearing Date on Defendant's Motion to Dismiss Case (the "Stipulation"). (Docket No. 47). For good cause shown, the Stipulation is GRANTED. IT IS HEREBY ORDERED that the hearing on Defendant Roger Keith Ver's Motion to Dismiss Counts One Through Eight of the Indictment (Docket No. 21) is CONTINUED from February 10, 2025, to **March 10, 2025, at 1:30 p.m.**

　　　　IT IS SO ORDERED.

Dated:  January 31, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge

-1-