**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER KEITH VER,<br><br>　　　　　Defendant. | Case No. CR 24-103-MWF<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS |

The Court has read and considered the parties' Stipulation to Continue Hearing Date on Defendant's Motion to Dismiss (the "Stipulation" (Docket No. 51)). For good cause shown, the Court GRANTS the parties' request. The hearing on Defendant's Motion to Dismiss (Docket No. 21) is CONTINUED to May 12, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  February 24, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge