**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. CR 24-103-MWF |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS |
| v. | |
| ROGER KEITH VER, | |
| Defendant. | |

The Court has considered the parties' Stipulation to Continue Hearing Date of Defendant's Motion to Dismiss. (Docket No. 56). For good cause shown, the Court GRANTS the parties' request. The hearing on Defendant's Motion to Dismiss Counts One through Eight of the Indictment (Docket No. 21) is CONTINUED from June 23, 2025, to **JULY 28, 2025, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: June 9, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge