NINA MARINO (State Bar No. 142815)
JENNIFER LIESER (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, California 90046
Tel:  (310) 557-0007
Fax:  (310) 861-1776
Email: marino@kaplanmarino.com
       lieser@kaplanmarino.com

DAVID I. SCHOEN (admitted Pro Hac Vice)
SCHOEN LAW FIRM, LLC
2800 Zelda Road Suite 100-6
Montgomery, AL 36106
Tel:  (917) 941-7952
Email: Schoenlawfirm@gmail.com

JEFFREY A. NEIMAN (admitted Pro Hac Vice)
KATHRYN MEYERS (admitted Pro Hac Vice)
MARCUS NEIMAN RASHBAUM & PINEIRO LLP
One Biscayne Tower
2 Biscayne Blvd., Suite 2530
Miami, FL 33131
Email: jneiman@mnrlawfirm.com
Email: kmeyers@mnrlawfirm.com

Attorneys for Defendant
ROGER KEITH VER

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROGER KEITH VER, <br><br> Defendant. | Case No. 2:24-CR-00103-MWF <br><br> **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** <br><br> Honorable Michael W. Fitzgerald <br><br> Current Hearing Date: July 28, 2025 <br> Requested Hearing Date: October 20, 2025 |

1

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS

      Defendant ROGER KEITH VER ("Defendant"), by and through his counsel of record, Nina Marino, Jennifer Lieser, David I. Schoen, Jeffrey A. Neiman and Kathryn A. Meyers, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorney James C. Hughes, and Trial Attorneys Matthew Kluge and Peter Anthony with the Department of Justice Tax Division, hereby agree and stipulate as follows:

      1. On December 3, 2024, Defendant filed a motion to dismiss the indictment in this case ("Motion"). (Dkt. No. 21) In his Motion, Defendant requested a hearing date of February 3, 2025. (*Id.*)

      2. On December 29, 2024, the parties filed a stipulation to continue the hearing date to February 10, 2025, which was granted. (Dkt. Nos. 31, 32)

      3. On January 29, 2025, current defense counsel was substituted as counsel for Mr. Ver. (Dkt. Nos. 40, 41, 42, 49)

      4. By stipulation of the parties, the hearing date was continued four times. (Dkt. Nos. 47, 51, 54, 56) The hearing is currently scheduled for July 28, 2025.

      5. The parties continue to meet and confer regarding the issues raised in the Motion and potential further motions. In order to afford the parties sufficient time to meet and confer, the parties agree that the hearing on Defendant's Motion should be continued to October 20, 2025, at 1:30 p.m.

      6. Accordingly, the parties request that the Court continue the hearing date on Defendant's Motion to dismiss the indictment to October 20, 2025, at 1:30 p.m.

      IT IS SO STIPULATED.

//

//

DATED: July 14, 2025

Respectfully submitted,

/s/ *Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC

DAVID I. SCHOEN
SCHOEN LAW FIRM, LLC

JEFFREY A. NEIMAN
KATHRYN A. MEYERS
MARCUS NEIMAN RASHBAUM &
PINEIRO LLP

Attorneys for Defendant
ROGER KEITH VER

DATED: July 14, 2025

/s/ *Matthew J. Kluge*
MATTHEW J. KLUGE
Assistant Chief, Tax Division
PETER J. ANTHONY
Trial Attorney, Tax Division

JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA