1
2
3
4             **UNITED STATES DISTRICT COURT**
5         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
6
7   UNITED STATES OF AMERICA          )   Case No. 2:24-CR-00103-MWF
                                      )
8              Plaintiff,             )   **[PROPOSED] ORDER**
                                      )   **CONTINUING HEARING DATE**
                                      )   **ON DEFENDANT'S MOTION TO**
9        v.                           )   **DISMISS**
                                      )
10                                    )
                                      )
11  ROGER KEITH VER,                  )
                                      )
12             Defendant.             )
                                      )
13  _____
14
15      For good cause shown, IT IS HEREBY ORDERED THAT the hearing date
16  on Defendant's Motion to dismiss the indictment (Dkt. 21) is continued to October
17  20, 2025 at 1:30 p.m.
18
        IT IS SO ORDERED.
19
20
21
    DATE _____            _____
22                             HONORABLE MICHAEL W. FITZGERALD
                               United States District Judge
23
24
25
26
27
28

Presented by:

   /s/ *Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, PC

DAVID I. SCHOEN
SCHOEN LAW FIRM, LLC

JEFFREY A. NEIMAN
KATHRYN A. MEYERS
MARCUS NEIMAN RASHBAUM & PINEIRO LLP

Attorneys for Defendant
ROGER KEITH VER