# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER KEITH VER,<br><br>　　　　　Defendant. | Case No. CR 24-103-MWF<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS |

The Court has considered the parties' Stipulation to Continue Hearing Date on Defendant's Motion to Dismiss. (Docket No. 59). For good cause shown, the Court GRANTS the parties' request. The hearing on Defendant's Motion to Dismiss Counts One through Eight of the Indictment (Docket No. 21) is CONTINUED from July 28, 2025, to **OCTOBER 20, 2025, at 1:30 p.m.**

　　　　**IT IS SO ORDERED.**

Dated: July 14, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge

-1-