NINA MARINO (State Bar No. 142815)
JENNIFER LIESER (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, California 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
Email: marino@kaplanmarino.com
       lieser@kaplanmarino.com

DAVID I. SCHOEN (admitted Pro Hac Vice)
SCHOEN LAW FIRM, LLC
2800 Zelda Road Suite 100-6
Montgomery, AL 36106
Tel: (917) 941-7952
Email: Schoenlawfirm@gmail.com

JEFFREY A. NEIMAN (admitted Pro Hac Vice)
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Ave, Suite 805
Fort Lauderdale, FL 33394
Tel: (954-462-1200
Email: jneiman@nmfalawfirm.com

KATHRYN MEYERS (admitted Pro Hac Vice)
MARCUS RASHBAUM PINEIRO & MEYERS LLP
One Biscayne Tower
2 Biscayne Blvd., Suite 2530
Miami, FL 33131
Tel: (305) 400-4260
Email: kmeyers@mrpfirm.com

Attorneys for Defendant
ROGER KEITH VER

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00103-MWF |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | Honorable Michael W. Fitzgerald |
| ROGER KEITH VER, | Current Hearing Date: October 20, 2025 |
| Defendant. | Requested Hearing Date: Dec. 15, 2025 |

1

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS

1      Defendant ROGER KEITH VER ("Defendant"), by and through his counsel of record, Nina Marino, Jennifer Lieser, David I. Schoen, Jeffrey A. Neiman and Kathryn A. Meyers, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorney James C. Hughes, and Trial Attorneys Matthew Kluge and Peter Anthony with the Department of Justice Tax Division, hereby agree and stipulate as follows:

      1. On December 3, 2024, Defendant filed a motion to dismiss the indictment in this case ("Motion"). (Dkt. No. 21) In his Motion, Defendant requested a hearing date of February 3, 2025. (*Id*.)

      2. On December 29, 2024, the parties filed a stipulation to continue the hearing date to February 10, 2025, which was granted. (Dkt. Nos. 31, 32)

      3. On January 29, 2025, current defense counsel was substituted as counsel for Mr. Ver. (Dkt. Nos. 40, 41, 42, 49)

      4. By stipulation of the parties, the hearing date was continued five times. (Dkt. Nos. 47, 51, 54, 56,6 0) The hearing is currently scheduled for October 20, 2025.

      5. The parties continue to meet and confer regarding the issues raised in the Motion and potential further motions. In order to afford the parties sufficient time to meet and confer, the parties agree that the hearing on Defendant's Motion should be continued to December 15, 2025, at 1:30 p.m.

      6. Accordingly, the parties request that the Court continue the hearing date on Defendant's Motion to dismiss the indictment to December 15, 2025, at 1:30 p.m.

      IT IS SO STIPULATED.

//

//

| | | |
|---|---|---|
| 1 | DATED: October 2, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Nina Marino* |
| 4 | | NINA MARINO |
| 5 | | JENNIFER LIESER<br>KAPLAN MARINO, PC |
| 6 | | DAVID I. SCHOEN |
| 7 | | SCHOEN LAW FIRM, LLC |
| 8 | | JEFFREY A. NEIMAN |
| 9 | | NEIMAN MAYS FLOCH &<br>ALMEIDA PLLC |
| 10 | | |
| 11 | | KATHRYN A. MEYERS<br>MARCUS RASHBAUM PINEIRO &<br>MEYERS LLP |
| 12 | | |
| 13 | | Attorneys for Defendant |
| 14 | | ROGER KEITH VER |
| 15 | | |
| 16 | DATED: October 2, 2025 | |
| 17 | | /s/ *Matthew J. Kluge* |
| 18 | | MATTHEW J. KLUGE |
| 19 | | Assistant Chief, Tax Division<br>PETER J. ANTHONY |
| 20 | | Trial Attorney, Tax Division |
| 21 | | |
| 22 | | JAMES C. HUGHES<br>Assistant United States Attorney |
| 23 | | |
| 24 | | Attorneys for Plaintiff |
| 25 | | UNITED STATES OF AMERICA |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS