UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROGER KEITH VER,<br><br>　　　　Defendant. | No. 24-CR-00103-MWF<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND DENYING DEFENDANT'S PENDING MOTION AS MOOT |

　　　The Court has read and considered the United States' Unopposed Motion to Dismiss Without Prejudice the Indictment against defendant Roger Ver pursuant to Federal Rule of Criminal Procedure 48(a). Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

　　　1.　The indictment is hereby DISMISSED without prejudice as to defendant Roger Ver.

　　　2.　Defendant's pending Motion to Dismiss (Doc. No. 21) is DENIED as moot.

　　　3.　The hearing set for December 15, 2025, at 3:00 pm is vacated.

　　　IT IS SO ORDERED.

_____　　　_____
DATE　　　　　　　　　　　　　　　HONORABLE MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

　　/s/
_____
Matthew J. Kluge
Assistant Chief, Tax Division